# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* R&R LITIGATION, LLC, <br><br> Plaintiff, <br><br> vs. <br><br><br> VIBRA HEALTHCARE CORPORATE, LLC, *et al.*, <br><br> Defendants. | No. 21-cv-10500-PBS |

## JOINT STATUS REPORT

The Court ordered the parties to file a joint status report by no later than April 11, 2023 [ECF No. 16]. Pursuant to the Court's order, the parties jointly state as follows:

1. On August 26, 2022, the government filed its Notice of Declination to intervene in this qui tam action and served the relator with that Notice.

2. On the same day, the Court ordered, among other things, that the relator's complaint be unsealed and served on the defendants. The relator has not yet served the complaint on the defendants.

3. The relator has elected not to proceed with this qui tam action and intends to file its Notice of Voluntary Dismissal by no later than April 14, 2023.

4. After the relator files that Notice of Voluntary Dismissal, the United States, as the real party in interest, will file a Notice of Consent to the Dismissal.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| R&R LITIGATION, LLC,<br>Relator | RACHAEL S. ROLLINS<br>United States Attorney |
| /s/*Lon F. Ponich*<br>Lon F. Povich<br>Anderson & Kreiger LLP<br>50 Milk Street<br>21st Floor<br>Boston, MA 02109<br>Phone:  671-803-5350<br>lpovich@andersonkreiger.com | */s/Brian M. LaMacchia*<br>Brian M. LaMacchia<br>David J. Derusha<br>Assistant U.S. Attorneys<br>John J. Moakley U.S. Courthouse,<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3100<br>brian.lamacchia@usdoj.gov<br>david.derusha@usdoj.gov |
| Dated:  April 11, 2023 | Dated:  April 11, 2023 |