# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. R & R LITIGATION, LLC; <br><br> Plaintiffs, <br><br> v. <br><br> VIBRA HEALTHCARE CORPORATE, LLC; <br> VIBRA HOSPITAL OF AMARILLO, LLC; <br> VIBRA HOSPITAL OF BOISE, LLC; <br> VIBRA HOSPITAL OF CHARLESTON, LLC; <br> VIBRA HOSPITAL OF FARGO, LLC; <br> VIBRA HOSPITAL OF MAHONING VALLEY, LLC; <br> VIBRA HOSPITAL OF NORTHWESTERN INDIANA, LLC; <br> VIBRA HOSPITAL OF RICHMOND, LLC; <br> VIBRA HOSPITAL OF SACRAMENTO, LLC; <br> VIBRA HOSPITAL OF SAN BERNARDINO, LLC; <br> VIBRA HOSPITAL OF WESTERN MASSACHUSETTS, LLC; <br> VIBRA REHABILITATION HOSPITAL OF AMARILLO, LLC; <br> VIBRA REHABILITATION HOSPITAL OF DENVER, LLC; <br> VIBRA REHABILITATION HOSPITAL OF EL PASO, LLC; <br> VIBRA REHABILITATION HOSPITAL OF FLORENCE, LLC; <br> VIBRA REHABILITATION HOSPITAL OF SOUTHERN INDIANA, LLC; <br> VIBRA SPECIALTY HOSPITAL OF DALLAS, LLC; <br> VIBRA SPECIALTY HOSPITAL OF PORTLAND, LLC; <br> NEXT STEP HEALTHCARE, LLC; | CIVIL ACTION NO.1:21-cv-10500-PBS <br><br><br> FILED <br> UNDER SEAL |

NEXT STEP MA MASTER SUBTENANT, LLC;
NEXT STEP MA NH GEN MASTER TENANT, LLC;
NEXT STEP MA NH MASTER TENANT, LLC;
NEXT STEP ME MASTER SUBTENANT, LLC;
POST ACUTE PARTNERS MANAGEMENT, LLC;
WOODMARK PHARMACY OF CT, LLC;
WOODMARK PHARMACY OF MASSACHUSETTS, LLC;
WOODMARK PHARMACY OF NEW YORK, LLC;
1019 WICKER STREET OPERATING COMPANY, LLC;
104 OLD NIAGRA ROAD OPERATING COMPANY, LLC;
111 ENSMINGER ROAD OPERATING COMPANY, LLC;
112 SKI BOWL ROAD OPERATING COMPANY, LLC;
1404 LONG POND ROAD OPERATING COMPANY, LLC;
1818 COMO PARK BOULEVARD OPERATING COMPANY, LLC;
185 OLD MILITARY ROAD OPERATING COMPANY, LLC;
200 BASSETT ROAD OPERATING COMPANY, LLC;
225 BENNETT ROAD OPERATING COMPANY, LLC;
229 BENNETT ROAD OPERATING COMPANY, LLC;
245 BASSETT ROAD OPERATING COMPANY, LLC;
2600 NIAGARA FALLS BOULEVARD AL OPERATING COMPANY, LLC;
2600 NIAGARA FALLS BOULEVARD OPERATING COMPANY, LLC;
2850 GRAND ISLAND BOULEVARD OPERATING COMPANY, LLC;
37 NORTH CHEMUNG STREET OPERATING COMPANY, LLC;

| |
|---|
| 44 BALL STREET OPERATING COMPANY, LLC;<br>4459 BAILEY AVENUE OPERATING COMPANY, LLC;<br>4800 BEAR ROAD OPERATING COMPANY, LLC;<br>5271 MAIN STREET OPERATING COMPANY, LLC;<br>5775 MAELOU DRIVE OPERATING COMPANY, LLC;<br>580 ORCHARD PARK ROAD OPERATING COMPANY, LLC;<br>626 WATERLIET SHAKER ROAD OPERATING COMPANY, LLC;<br>76 BUFFALO STREET OPERATING COMPANY, LLC;<br>ELDERWOOD ADMINISTRATIVE SERVICES, LLC;<br>ELDERWOOD DEVELOPMENT, LLC; and<br>ELDERWOOD STAFFING SOLUTIONS, LLC;<br><br>            Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## PURSUANT TO MASS. R. CIV. P. 41(a)(1)(A)

Pursuant to Rule 41(a)(1) of the Massachusetts Rules of Civil Procedure, plaintiff R & R Litigation, LLC voluntarily dismisses the above-captioned action with prejudice and without costs. As reported in the Joint Status Report filed by the parties on April 11, 2023, after the relator files

this Notice of Voluntary Dismissal, the United States will file a Notice of Consent to the Dismissal.

                                              Respectfully submitted,

                                              ANDERSON & KREIGER, LLP

Date: April 14, 2023                BY:   */s/ Lon F. Povich*
                                                      Lon F. Povich, Esq.
                                                      Anderson & Kreiger, LLP
                                                      50 Milk Street, 21st Fl.
                                                      Boston Massachusetts 02109
                                                      (617) 621-6500

                                              WILENTZ, GOLDMAN & SPITZER, P.A.

                                               */s/ John E. Keefe, Jr.*
By:                                            John E. Keefe, Jr., Esq.
                                                      Christopher J. Keating, Esq.
                                                      Wilentz, Goldman & Spitzer, P.A.
                                                      125 Half Mile Road, Suite 100
                                                      Red Bank, NJ 07701
                                                      (732) 636-8000

                                              *Attorneys for Plaintiff-Relator*

## **CERTIFICATE OF SERVICE**

      I, Lon F. Povich, hereby certify that on this 12th day of April, 2023, I caused the foregoing to be electronically filed with the Court by using the Case Management/Electronic Case Filing (CM/ECF) System, which will send a notice of electronic filing to all parties registered with the CM/ECF system in the above-captioned matter. A copy will go by email to those parties not electronically registered.

      */s/ Lon F. Povich*
      Lon F. Povich