UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* R&R LITIGATION, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>VIBRA HEALTHCARE CORPORATE, LLC, *et al.*,<br><br>        Defendants. | No. 21-cv-10500-PBS |



## [Proposed] ORDER

The Relator having submitted a Notice of Voluntary Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a), and the United States having submitted its Notice of Consent to Dismissal pursuant to 31 U.S.C. § 3730(b)(1), and for good cause shown, the Court rules as follows:

**IT IS HEREBY ORDERED** that,

1. All claims in this action hereby are dismissed with prejudice to the relator; and

2. All claims in this action hereby are dismissed without prejudice to the United States.

IT IS SO ORDERED,

This __5__ day of __May__, 2023,

_____
THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE